In the Matter of the Claim of MARY BRODOWSKY, Respondent, against WILLIAM HLUDZNSKE and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted to the State Industrial Board, without costs, on the ground that a lump-sum award is not in the interests of justice.    Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of ALEXANDER SCHROKO, Respondent, against JOHN THATCHER & SON and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MAX WAGNER, Respondent, against FLOWER WET WASH LAUNDRY, INC., and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award modified by deducting the sum of $448 received on a prior award, and as so modified unanimously affirmed, without costs.    Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of CORD RODENBOSTEL, Respondent, against FRANK P. SCHMITT & COMPANY and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of PETER LOONAN, Respondent, against GARDEN CITY WRECKING COMPANY and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MARY MACHAJEWSKI, Respondent, against M. L. RUPP and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

ELIZABETH HILLER, Respondent, v. ANTHONY ROBILOTTO, Appellant.— Judgment unanimously affirmed, with costs.    Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.